Gary J. Gorham (SBN 171061)
ggorham@richardsonpatel.com
Eric Ashton Puritsky (SBN 239577)
epuritsky@richardsonpatel.com
RICHARDSON & PATEL, LLP
1100 GLENDON AVE., SUITE 850
Los Angeles, California 90024
Telephone:  (310) 208-1182
Facsimile:   (310) 208-1154

Attorneys for Plaintiff
KEN BLAKEMAN


SEYFARTH SHAW LLP
Breton A. Bocchieri (SBN 119459)
bbocchieri@seyfarth.com
Brien B. Kirk (SBN 135406)
bkirk@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California  90067-3021
Telephone:  (310) 277-7200
Facsimile:  (310) 201-5219

Attorneys for Defendant
PICNIC TIME, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN BLAKEMAN, an individual,<br><br>            Plaintiff,<br><br>     v.<br><br>PICNIC TIME, INC., a California corporation,<br><br>            Defendant. | Case No. 2:12-cv-02068 CBM (PLAx)<br><br>**[PROPOSED]** **PROTECTIVE ORDER**<br><br>Courtroom:  2<br>Judge: Hon. Consuelo B. Marshall<br>Current Hearing Date: Oct. 30, 2012<br><br>Complaint Filed:  March 12, 2012<br>Trial Date:   June 11, 2013 |

[PROPOSED] PROTECTIVE ORDER

14883937v.1

1 | Having considered the stipulation of the parties filed concurrently, and good
2 | cause appearing,

3 | IT IS HEREBY ORDERED:

4 | That the Stipulated Protective Order filed by the parties is hereby approved in its entirety and the terms of the protective order are hereby adopted as the Order of this court and shall govern in this case.

7 | IT IS SO ORDERED.

Dated: October 12, 2012

*/s/ Paul L. Abrams*

Hon. Paul L. Abrams
United States Magistrate Judge